PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING
DATE 07/15/21 09:00am

In re: SORRELL, CALLEY

Case No. 21-10774 MSG
SECTION A

**APPEARANCES:**

(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced
    ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for _2020_ (years) on _7/13/2021_
Financial Documents were (✓) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR(S) REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, debtor has completed pro se form?
THE MEETING OF CREDITORS WAS:
    (✓) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____,
    2021 AT ____ O'CLOCK ____ .M.

YES (✓) NO ( ) Has attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S) _____

**DEBTOR(S) REQUIRED TO:**

( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.

( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
Non-exempt household furnishings, 2008 Mazda Tribute, funds on deposit of ~~$10.00~~ $100.00 1631 Clover Street, Mandeville, LA., Property in Tylertown, MS. (¼ interest)

ADDITIONAL NOTES: _____

DATED: _07/15/21_

TRUSTEE _Bill Bahin Jr._

TRACK # _0009_